UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ANDREW SHEPHEARD, II ) | 1:05-CV-01162-REC-TAG HC |
| ) Petitioner, ) | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |
| v. ) | (Doc. 3) |
| R. KIRKLAND, et al., ) | |
| ) Respondents. ) | |

      Petitioner is a state prisoner proceeding pro se on a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On September 6, 2005, Petitioner filed a motion requesting the appointment of counsel.  (Doc. 3).  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984).  However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court does not find that the interests of justice would be served by the appointment of counsel at the present time.

      Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel (Doc. 3), is DENIED.

IT IS SO ORDERED.

**Dated:   October 13, 2005**          /s/ Theresa A. Goldner
j6eb3d                                              UNITED STATES MAGISTRATE JUDGE