1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    JOHN ANDREW SHEPHEARD, II              1:05-CV-1162-REC-TAG HC

10            Petitioner,

11       vs.                                ORDER GRANTING MOTION TO
                                            PROCEED IN FORMA PAUPERIS
12   R. KIRKLAND, et al.,
                                            (Doc. 2)
13            Respondents.
14   _____/

15        Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

16   28 U.S.C. § 2254.

17        Petitioner has filed an application to proceed in forma pauperis and a certified copy of

18   Petitioner's prison trust account statement.   (Doc. 2).   Examination of these documents reveals that

19   Petitioner is unable to afford the costs of this action.   Accordingly, the motion to proceed in forma

20   pauperis (Doc. 2), is GRANTED.   See 28 U.S.C. § 1915.

21

22   IT IS SO ORDERED.

23   **Dated:    October 13, 2005**              **/s/ Theresa A. Goldner**
     j6eb3d                               UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28